RECEIVED
IN LAFAYETTE, LA.

APR 2 9 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| LIONEL NED | * | CIVIL ACTION NO. 08-0466 |
| VERSUS | * | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED, and that plaintiff's claims are DISMISSED WITH PREJUDICE.

Lafayette, Louisiana, this 22nd day of April, 2009.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 4/22/09
BY: MS
TO: TLM
pg